**Chambers of**
**Richard D. Bennett**
**United States District Judge**

August 27, 2004

United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
Telephone 410-962-3190
Fax 410-962-3177

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Attn: George D. Reynolds

    Re:   Financial Disclosure - CY 2003
          Supplementation of Information

Dear Mr. Reynolds:

    This will confirm our conversation of today with respect to my response to numbered paragraphs noted in the letter of July 30, 2004, a copy of which is enclosed.

    With respect to Part VII, page 1, line 3, in which I listed the MFS Research Bond Fund, that Fund was not listed on my nomination report, dated October 28, 2002, because it was apparently purchased by a stockbroker for my ⬛ after the preparation of that report and prior to my taking the oath of office as a United States District Judge on April 29, 2003. You have indicated that I need not address that matter any further, as that fund has been sold.

    With respect to Part VII, page 1, lines 8, 9, and 10, I apparently made an error in listing the value of the Realty Income Group. The entries of "E", "C", and "D" in Column D.(3) have been amended on the attached page to reflect the values of "K", "J", and "J". Pursuant to your suggestion, I have enclosed a supplemental page amending those value codes.

    Pursuant to the instructions in the letter of July 30, 2004, I am submitting three copies of this responsive letter and the amended page of my report. If there are any further questions, please do not hesitate to contact me. I want to personally thank you for your courtesy in assisting me in making these corrections.

                Sincerely,

                Richard D. Bennett
                United States District Judge

RDB/skp
Enclosures

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bennett, Richard D. | May 12, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable | | | | | | | | | |
| 1 Rental Property - Sussex Co., Delaware | D | Rent | N | R | Buy | 7/23 | N | | Richard & Anna Mae Bartsche |
| 2 Miles & Stockbridge Pension | F | Distrib | | | Redemp | 4/30 | L | | |
| 3 MFS Research Bond Fund | E | Distrib | | | Sold | 4/30 | K | | |
| 4 AIM Basic Value Fund | A | Distrib | | | Sold | 4/30 | J | | |
| 5 Legg Mason Value Trust | E | Distrib | | | Sold | 4/30 | K | | |
| 6 Sun Trust 500 Index | E | Distrib | | | Sold | 4/30 | K | | |
| 7 STI Classic Investment | E | Distrib | | | Sold | 3/31 | K | | |
| 8 Realty Income Group | E | Distrib | | | Sold | 4/4 | K | | |
| 9 Realty Income Group | C | Distrib | | | Sold | 8/12 | J | | |
| 10 Realty Income Group | D | Distrib | | | Sold | 10/17 | J | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

AO-10 (WP)
Rev. 1/2004

**FOR CALENDAR YEAR 2003**

*(5 U.S.C. App. §§101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)*<br>Bennett, Richard D. | **2. Court or Organization**<br>United States District Court<br>District of Maryland, Northern Division | **3. Date of Report**<br>May 12, 2004 |

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time*

United States District Judge - Active Status

**5. Report Type (check appropriate type)**

___ Nomination, Date _____

___ Initial   _X_ Annual   ___ Final

**6. Reporting Period**

January 1, 2003 -
December 31, 2003

**7. Chambers or Office Address**

Chambers 5D, United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date

---

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Principal (Class A Equity) | Miles & Stockbridge, P.C. |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 1995 | Miles & Stockbridge Retirement Plan (No control) |
| 2 1997 | U.S. Army Reserve Retirement; Pension upon Age 60 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

**A. Filer's Non-Investment Income**

| DATE | SOURCE AND TYPE | GROSS |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2003 | Miles & Stockbridge | $ 68,824.00 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2003 | I Get Smart.com | |
| 2 2003 | Hill and Company Realtors | |

RECEIVED Jun 14 10 5 AM '04 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION CODE* | VALUE |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Bank of America | Term Loan/Credit card | K |
| 2 | Miles & Stockbridge | Loans from Firm AG Retirement Account | k |
| 3 | Home Depot | Home improvements | J |
| 4 | Bank of America | Mortgage on rental property | M |
| 5 | Chase Bank | Credit card | J |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bennett, Richard D. | May 12, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable | | | | | | | | | |
| 1 Rental Property - Sussex Co., Delaware | D | Rent | N | R | Buy | 7/23 | N | | Richard & Anna Mae Bartsche |
| 2 Miles & Stockbridge Pension | F | Distrib | | | Redemp | 4/30 | L | | |
| 3 MFS Research Bond Fund | E | Distrib | | | Sold | 4/30 | K | | |
| 4 AIM Basic Value Fund | A | Distrib | | | Sold | 4/30 | J | | |
| 5 Legg Mason Value Trust | E | Distrib | | | Sold | 4/30 | K | | |
| 6 Sun Trust 500 Index | E | Distrib | | | Sold | 4/30 | K | | |
| 7 STI Classic Investment | E | Distrib | | | Sold | 3/31 | K | | |
| 8 Realty Income Group | E | Distrib | | | Sold | 4/4 | E | | |
| 9 Realty Income Group | C | Distrib | | | Sold | 8/12 | C | | |
| 10 Realty Income Group | D | Distrib | | | Sold | 10/17 | D | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bennett, Richard D. | May 12, 2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII - These assets, previously listed in this section in my Financial Disclosure Report of October 28, 2002 as a

District Judge Nominee were sold in 2002 prior to the commencement of this reporting period:

- Earthshell Corp
- Travelers Property Casualty Corp.
- Highwoods Properties, Inc.
- Bond Fund of America
- Citi Group
- Fundamental Investment
- Cohen & Steers Realty Fund
- Deutsche Bank Alex Brown

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

Date MAY 12, 2004
June 7, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544